IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
(Nashville Division)

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Case No. 3:06-cv-00360 |
| ) | |
| CAPITAL ACROSS AMERICA, L.P. ) | |
| ) | |
| Defendant. ) | |

## CONSENT JUDGMENT

S HEREBY ORDERED, ADJUDGED AND DECREED:

Judgment is hereby entered in favor of Plaintiff, United States of America, on behalf of its agency, SBA, against Defendant, Capital Across America, L.P. ("CAA"), in the sum of $ 14,389,022.02, representing principal and interest owed to SBA by CAA as of December 31, 2005, plus per diem of interest (which includes SBA's annual fees) of $ 2,871.36 up to the date of entry of this Judgment, together with post-judgment interest at the rate allowed by law.

THIS CONSENT JUDGMENT SEEN AND AGREED BY CAPITAL ACROSS AMERICA, L.P. AND THE SMALL BUSINESS ADMINISTRATION, THROUGH THEIR DULY AUTHORIZED REPRESENTATIVES:

By Capital Across America, L.P.

*Capital Across America L.P.* Dated: 3-20-06
By: Capital Across America, Inc.
Its: General Partner

1

By the U.S. Small Business Administration

*[signature]* Dated: 03-27-06
Thomas G. Morris
Director, Office of SBIC Liquidation


SO ORDERED, DATED this 16th day of May, 200_.

*[signature]*
UNITED STATES DISTRICT COURT JUDGE

2

Case 3:06-cv-00360   Document 34-1   Filed 05/14/2008   Page 2 of 2

Case 3:06-cv-00360   Document 35   Filed 05/16/08   Page 2 of 2 PageID #: 171