IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
(Nashville Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Civ. Action No. 3:06-0360 |
| ) | HON. JUDGE HAYNES |
| CAPITAL ACROSS AMERICA, L.P., ) | |
| Defendant. ) | |

## ORDER APPROVING SECOND RECEIVER'S REPORT

This matter comes before the Court on the Motion of the U.S. Small Business Administration, as Receiver for Capital Across America, L.P., for an Order Approving the Second Receiver's Report and the acts, transactions, receipts and disbursements for the period July 1, 2009 through December 31, 2010 reported therein.

Upon consideration of the Receiver's Motion and the Second Receiver's Report, together with Exhibits filed therewith,

THIS COURT FINDS that the acts, transactions, receipts and disbursements for the period July 1, 2009 through December 31, 2010 reported in the Second Receiver's Report are in the best interest of the receivership estate and should be approved and confirmed as described therein.

IT IS HEREBY ORDERED AND DECREED that this Court approves and confirms the Second Receiver's Report and all actions taken by the Receiver as reported therein for the period July 1, 2009 through December 31, 2010.

*[signature]*
The Honorable Judge HAYNES
United States District Court Judge

4-12-11